IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF SOUTHEAST TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE RUNG, ADMINISTRATOR, OFFICE OF FEDERAL PROCUREMENT POLICY, OFFICE OF MANAGEMENT AND BUDGET, et al. <br><br> Defendant. | Case No. 16-cv-00425 |

**JOINT MOTION TO STAY**

The parties jointly move for a stay of further proceedings in this case until either dismissal of this action by Plaintiffs or further order of this Court. This motion is based on recent actions by Congress and the President regarding the regulations and Executive Order challenged in this case.

On March 27, 2017, President Donald J. Trump signed into law Public Law 115-11, a joint resolution which "disapproves the rule submitted by the Department of Defense, the General Services Administration, and National Aeronautics and Space Administration relating to the Federal Acquisition Regulation (published at 81 Fed. Reg. 58562 (August 25, 2016))" and states that "such rule shall have no force or effect." Pub. L. No. 115-11 (2017). Both parties agree that this resolution effectively nullifies the regulations challenged by Plaintiffs in this action. On the same day, the President signed Executive Order 13782 revoking Executive Order 13673, which was also challenged by

Plaintiffs in this case.[1]  *See* E.O. 13782, § 1, 82 Fed. Reg. 15607 (March 30, 2017).  The new Executive Order further provides that "[a]ll executive departments and agencies shall, as appropriate and to the extent consistent with law, consider promptly rescinding any orders, rules, regulations, guidance, guidelines, or policies implementing or enforcing the revoked Executive Orders and revoked provision."  *Id.* § 2.  Even absent their formal rescission, these regulations and associated guidance published at 81 Fed. Reg. 58654 (Aug. 25, 2016), have no practical effect in light of Public Law 115-11.

Although Defendants believe that based on the actions already taken by the President and Congress, this suit is moot, the parties jointly move that this matter be stayed pending formal announcement of agency action in compliance with section 2 of Executive Order 13782, at which time the parties anticipate that Plaintiffs will dismiss their complaint.

                                              Respectfully submitted,

                                              CHAD A. READLER
                                              Acting Assistant Attorney General

                                              BRIT FETHERSTON
                                              Acting United States Attorney

                                              ANDREA L. PARKER
                                              Assistant U.S. Attorney

                                              JUDRY L. SUBAR
                                              Assistant Branch Director

                                              *s/Marcia K. Sowles*
                                              MARCIA K. SOWLES (DC Bar No. 369455)
                                              Senior Trial Counsel
                                              United States Department of Justice

---

[1] The new Executive Order also revoked section 3 of Executive Order 13683 (December 11, 2014) and Executive Order 13738 (August 23, 2016), which had amended portions of Executive Order 13673.

          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue N.W.  Room 7114
          Washington, D.C.  20530
          Tel: (202) 514- 4960
          Fax: (202) 616-8470
          E-mail:  marcia.sowles@usdoj.gov

*s/Martin M. Tomlinson*
MARTIN M. TOMLINSON (SC Bar No. 76014)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6134
Washington, D.C.  20530
Tel: (202) 353-4556
Fax: (202) 616-8470
E-mail:  martin.m.tomlinson@usdoj.gov

Attorneys for Defendants


*/s/Maurice Baskin*
MAURICE BASKIN
Littler Mendelson, P.C.
815 Washington, D.C. 20006
Tel: (202) 772-2526
Mbaskin@littler.com

G. MARK JODON
Littler Mendelson, P.C.
1301 McKinney St., Suite 1900
Houston, TX 77010
Tel: (713) 652-4739
mjodon@littler.com

April 6, 2017          Attorneys for Plaintiffs