| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ASSOCIATED BUILDERS AND §
CONTRACTORS OF SOUTHEAST §
TEXAS, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　§　　CIVIL ACTION NO. 1:16-CV-425
　　　　　　　　　　　　　　　§
ANNE RUNG, *Administrator, Office of* §
*Federal Procurement Policy, Office of* §
*Management and Budget, et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Voluntary Dismissal (#38), filed December 5, 2017, and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,[1] this action is dismissed without prejudice.

SIGNED at Beaumont, Texas, this 21st day of December, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *See* FED. R. CIV. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). As of December 5, 2017, the defendants had not filed an answer or a motion for summary judgment.